# EXHIBIT B

July 20, 2025

Re: Eric Jin

Dear Honorable Judge Ohta,

My name is Yu Fu, and I am writing on behalf of Eric Jin. I have known Eric for over seven years. While I do not condone or excuse the actions that led to his incarceration, I would like to share what I know of Eric's character based on the years I spent closely with him.

During our time together, Eric was consistently responsible, supportive, and thoughtful—toward me, my family, and my friends. He was the kind of person people naturally turned to for advice and help. Despite the serious mistakes he has made, I truly believe Eric has the capacity to change, grow and contribute positively to society.

Professionally, Eric is a passionate and diligent engineer. He worked at Apple and genuinely loved both his work and the people he worked with. Even when not required to be in the office, Eric always went in out of personal commitment. He took pride in his work and built close relationships with his coworkers—many of whom became part of our personal lives. His ability to foster meaningful connections in professional settings always impressed me.

Eric also played a central role in his friend group. He was emotionally present, dependable, and often the one friends leaned on in times of need. He carried a significant emotional burden, particularly in his relationship with his mother. Their relationship is complex, and although it has not been easy, Eric has always shown deep filial piety. He took full responsibility for her daily needs, from household maintenance to managing her online accounts and assisting her at any time of day, regardless of the circumstances. While this dynamic often created stress and tension in our relationship, I witnessed how hard Eric worked to care for everyone around him and to keep the peace.

Since his incarceration, Eric has expressed sincere remorse for his actions. He has apologized to me many times, and I believe his regret is genuine. He has made a consistent effort to improve himself—participating in anti-drug and rehabilitation programs, exploring religion, and reading extensively. He is committed to making his time in prison meaningful and emerging from it more self-aware and grounded.

I believe Eric still has the potential to be a positive presence in the world. With continued support and rehabilitation, I hope he will have the opportunity to contribute to society again.

Thank you for your time and consideration. Please feel free to contact me if I can provide any further information.

Sincerely,
Yu Fu

510-305-2670
1108 Gabrielino Dr, Irvine, CA, 92617
Joyfu94@gmail.com

July 11, 2025

Re: Eric M. Jin

Dear Honorable Judge Ohta,

I am writing on behalf of Eric M. Jin. Eric is my son, and I have known him for over 31 years. I am aware of the criminal charges he is facing, and I am writing to express my support for Eric at this critical time in his life.

Eric was born in West Lafayette, Indiana in 1994 when I was a Ph.D. student in graduate school. We lived together for three years until his mother and I divorced in 1997. Since then, he lived with his mother in San Diego while I taught at a university in the Midwest. Over the years, Eric and I communicated via phone calls and visited each other once in a while. He was in a gifted program starting in elementary school and excelled academically. He eventually graduated with a B.S. degree in computer engineering from UC Santa Barbara, as he has always aspired to pursue a career in engineering to make a meaningful contribution to the world. Since his graduation, he has worked in two major companies. He was much admired and respected by his peers and friends.

Eric is passionate about helping others. Over the years, he has participated in various volunteer efforts, including planting trees for the community and preparing sandwiches for the homeless in San Diego. When a friend faced an emergency, Eric was always the first one to be called, quick to arrive and ready to help resolve the situation. He's also a devoted animal lover who cared deeply for his pet cat, Milky. Eric is a young man with a kind and generous heart.

Since Eric was incarcerated at Metropolitan Correction Center (MCC) in San Diego more than a year ago, his life has been turned completely upside down. He has lost his freedom, his beloved wife, the job he enjoyed so much, and most of his friends. Because of his circumstance, he and I now communicate via emails or phone calls much more often than we used to. He cried numerous times over the phone and expressed his deepest remorse for his crime. He is particularly sorry for the pain he caused the victims. Eric was not a religious person, but now he goes to the church inside MCC to pray for the victims every Sunday. This change has shown his genuine efforts to reflect and seek redemption. I am absolutely certain that there is no way Eric will make the same mistake again.

One thing Eric particularly worried about is that he will be incarcerated for so long that he will not have the opportunity to contribute to society. During our conversations, he told me many times how much he enjoyed developing innovative devices to save our soldiers' lives in battlefields and solving engineering problems for comsumer electronics. To keep his mind scientifically stimulated, he asked me to send him advanced math books so that he can practice math problems at MCC.

He is also thinking about how he could contribute to society while he serves his sentence in a federal prison. He is interested in teaching GED classes to fellow inmates. If possible, he is also considering pursuing a graduate degree from prison. I can clearly tell that he still wants to make meaningful contribution to society even though he is incarcerated and faces tremendous pressure and uncertainty in his life.

I am writing this letter to respectfully request that you consider the totality of Eric—as a young, educated engineer who still aspires to contribute to the world—and ask for a minimum sentence or even a sentence under the recommended guideline range. While Eric should be punished for his crime, please also consider that he has already paid a huge price for his mistake and deserves a second chance. As his father, I will do my utmost best to help him become a great asset to the society.

I greatly appreciate your time in reading and considering this letter. Please feel free to contact me at the number below if you have any questions or comments.

Sincerely yours,

*Zhendong Jin*

Zhendong Jin
507 Redbird Run
Tiffin, IA 52340
Mobile: 319-321-4098
Email: zhendongjin2003@gmail.com

August 7, 2025

Re: Eric M. Jin

Dear Honorable Judge Ohta,

My name is Alan Yaghdjian. I've known Kelly and Eric for over 20 years. Eric has always been a well-behaved and a sensible child since childhood. While most boys tend to rebel during puberty, he didn't. He loved his friends and respected the elderly, getting along well with everyone, whether it was with his mother or family friends. In high school, we went out to dinner together almost every month. He was always warm and joyful. He always brought laughter to our friends.

Later, during his four years at UCSB, we often spent time together during holidays. He talked about school, and I talked about my work. He was always willing to help me with any computer or cell phone issues. Although he was from younger generation, we never felt like we couldn't communicate. He was clear-headed, smart, and capable. I watched him through middle school, high school, and college. He always surrounded himself with very close friends. After graduation, he worked for a Department of Defense company and then moved to Apple. He always spoke very intelligently and was very friendly. His colleagues and leaders at every company liked him very much. He got a girlfriend in 2020, and I sincerely wished him the best of luck in finding the right mate.

When I learned of his arrest last May, I was shocked, for I pride myself in being a very good judge of character. How could such a good kid make such a big mistake? Was he mentally ill, or was there something else going on? I hope that your honor can now understand Eric's character better, show leniency, and give him a lighter sentence, giving him a chance to contribute to the world and society better. I ask for your leniency in giving him another chance.

Thank you very much.

Sincerely yours,

*Alan J Yaghdjian*

Alan J. Yaghdjian
Real Estate Broker
16935 West Bernardo Dr. Suite 160
San Diego, CA 92127
Phone: 858-472-4308
Email: alanyag@gmail.com

Date: July 23, 2025

Re: Eric Jin

Dear Honorable Judge Ohta,

My name is Ivy Nguyen, and I have known Eric Jin for approximately 14 years, since high school. I am writing to you today in full support of Eric, who has been a close and trusted friend throughout my life.

Eric is one of the most compassionate, dependable, and community-oriented individuals I know. His actions have consistently reflected someone who values others' well-being and strives to uplift those around him.

While I am aware of the charges Eric is currently facing, I believe it is important to share the version of him that many of us know—the version that has spent years being a pillar of emotional support, a mentor, and a motivator to his peers.

Throughout our long friendship, Eric has been the glue of our friend group. He is always the first to check in, coordinate plans, and ensure everyone feels included and supported. When members of our group experienced the loss of loved ones, Eric immediately stepped in—not only offering a shoulder to cry on but also opening his home as a place of comfort and refuge. He and his mother welcomed us with such warmth and generosity that we all felt like family.

On a personal level, Eric has always been someone I could turn to—no matter the circumstance. Whether I was across the country or just down the street, Eric always answered my calls and messages, even when he was busy. If he could not speak in that moment, he would make it a point to let me know he was there and that we would talk soon. That kind of reliability and emotional availability is rare and deeply meaningful.

Beyond emotional support, Eric has long impressed me with his drive and discipline. I have always been inspired by his academic and professional accomplishments—he is intelligent, hardworking, and highly motivated. His work ethic challenged me to push myself, and I aspired to be a high achiever like him. Together, we shared goals around health, fitness, and career development. Eric helped keep us all on track, holding us accountable while celebrating each other's successes, big or small.

I believe Eric's compassionate and grounded character is a direct reflection of the environment in which he was raised. His family and close friends share the same values of kindness, humility, and empathy. Their unwavering support has shaped Eric into someone who gives selflessly and shows up consistently.

I truly believe Eric has the foundation to learn from this experience and grow. Surrounded by people who know and believe in him, Eric can continue being a positive, contributing member of our community. I am confident that this experience will reinforce the same sense of responsibility and compassion that he has shown us all for so many years

Thank you for taking the time to read and consider this letter. Please do not hesitate to contact me if I can provide any additional information or speak further on Eric's behalf.

Sincerely,

*Nguyen*

Ivy Nguyen

858-231-3809

inguyen95@live.com

July 18, 2025

Re: Eric M. Jin

Dear Honorable Judge Ohta,

I am writing to you on behalf of my son, Eric M. Jin. As a single mother, he is my only child. I have raised him alone since his father and I separated when Eric was three years old. Despite life's hardships, I provided him with strict yet nurturing guidance. For over twenty years, we relied on each other for survival—a life of bittersweet resilience.

Eric, born in 1994, is exceptionally bright and sensible. From childhood, he demonstrated kindness, filial devotion, and academic excellence. During the first two years of high school, he took the city bus to school. On the bus, he would always give up his seat to elderly passengers. If he saw people arguing, he would step in to mediate. He would come home and say to me, "Mom, there was a fight on the bus today, and I helped calm things down." Hearing him say that made me happy. It showed that he is a thoughtful person who is always willing to help others.

From his birth until his graduation from high school, the two of us lived together. It wasn't until 2012, when he entered the University of California, Santa Barbara (UCSB), that he left home to live independently. Throughout college, he contacted me daily via text messages or phone calls.

In his first year after graduating from college, one of his classmates died by suicide after failing to find a job. He was deeply saddened by this for a long time. He told me: "To have grown up only to choose suicide—there must have been something wrong psychologically. If I had known, I would have spent more time with him, comforted him more." His compassion and integrity deeply touched me. After that classmate passed away, he took the initiative every year to organize a few friends to visit the classmate's parents during the holidays. Sometimes, he would take the mother out for meals and conversation. This demonstrates that he is a compassionate and caring young man with a good heart.

Eric received a solid higher education. After graduating from college in 2016, he was immediately hired by Northrop Grumman in San Diego, where he worked diligently for five years. In July 2021, he transitioned to working at Apple, gradually growing into a skilled and conscientious computer engineer. In his work, he is dedicated, focused, diligent, and humble, earning the appreciation of his colleagues. In life, he respects the elderly, cares for the young, treats others with courtesy, and lives a simple and modest life—qualities that have won him the affection of many friends.

Never could I imagine he would commit such a grave offense. On May 25 of last year, news of his arrest struck me like a thunderbolt—a shock to both him and me. His mistake has shattered his

marriage, a fulfilling career, happiness, and future, along with a mother's lifelong hopes and sacrifices.

Through over a year of confinement, education, and reflection, he has deeply acknowledged his wrongdoing and feels profound remorse. During my visits, he consistently breaks down in tears, pleading for a chance to redeem himself. A mother knows her son best: Eric is not inherently wicked, but simply lost his way through naivety and poor judgment.

I implore Your Honor to show leniency and grant him an opportunity for rehabilitation and service to society. I am absolutely confident that this painful chapter has changed him profoundly, and that he will emerge as a better man, dedicating his intellect to becoming a citizen of lasting value to this country and its people.

Thank you very much for your consideration. Please feel free to contact me if you have any questions.

Yours truly,

*Kelly Yang*

Kelly Yang
6275 Calle Del Campanario
Rancho Santa Fe, CA 92067
Mobile: 858-386-6846